**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN JIAWEI PHOTOVOLTAIC LIGHTING CO., LTD., et al.,<br><br>Defendants. | Case No. 16-cv-03886-BLF<br><br>**ORDER GRANTING DEFENDANTS SHENZHEN JIAWEI PHOTOVOLTAIC LIGHTING CO., LTD., AND JIAWEI TECHNOLOGY (USA), LIMITED'S ADMINISTRATIVE MOTION TO SEAL**<br><br>[Re: ECF 78] |

Before the Court is Defendants Shenzhen Jiawei Photovoltaic Lighting Co., Ltd., and Jiawei Technology (USA), Limited's (collectively, "Jiawei") administrative motion to file under seal portions of the Reply to Motion to Stay Pending *Inter Partes* Review, the Declaration of Mark Honeycutt, and Exhibit 1 in support of the Declaration of Mark Honeycutt. ECF 78. For the reasons set forth below, Jiawei's motion is GRANTED.

## I.  LEGAL STANDARD

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). Consequently, access to motions and their attachments that are "more than tangentially related to the merits of a case" may be sealed only upon a showing of "compelling reasons" for sealing. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101-02 (9th Cir. 2016). Filings that are only tangentially related to the merits may be sealed upon a lesser showing of "good cause." *Id.* at 1097. In addition, sealing motions filed in this district must be "narrowly tailored to seek sealing only of sealable material." Civil L.R. 79-5(b).

1 A party moving to seal a document in whole or in part must file a declaration establishing that the identified material is "sealable." Civ. L.R. 79-5(d)(1)(A). "Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable." *Id.*

## II. DISCUSSION

The Court has reviewed Jiawei's sealing motion and the declaration submitted in support thereof. The Court finds that Jiawei has articulated compelling reasons and good cause to seal certain portions of the submitted documents. The proposed redactions are also narrowly tailored. The Court's rulings on the sealing requests are set forth in the tables below:

| **ECF No.** | **Document to be Sealed** | **Result** | **Reasoning** |
|---|---|---|---|
| 78-4 | Jiawei's Reply to Motion to Stay Pending *Inter Partes* Review | GRANTED as to highlighted portions. | Contains confidential, proprietary and commercially sensitive business and financial information relating to Jiawei's accused products. Declaration of Mark Nelson in Support of Administrative Motion to File Under Seal, ECF 78-1 ("Nelson Decl.") ¶ 2. |
| 78-5 | Declaration of Mark Honeycutt | GRANTED as to highlighted portions. | Contains confidential, proprietary and commercially sensitive financial information relating to revenue and sales of the accused products, as well as other sensitive business information. Nelson Decl. ¶ 3. |
| 78-6 | Exhibit 1 to the Declaration of Mark Honeycutt | GRANTED. | Contains confidential, proprietary and commercially sensitive financial information relating to revenue and sales of the accused products. Nelson Decl. ¶ 4. |

## III. ORDER

For the foregoing reasons, Jiawei's motion is GRANTED.

**IT IS SO ORDERED.**

Dated: June 16, 2017

BETH LABSON FREEMAN
United States District Judge