# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN JIAWEI PHOTOVOLTAIC LIGHTING CO., LTD., et al.,<br><br>Defendants. | Case No. 16-cv-03886-BLF<br><br>**ORDER APPROVING DEFENDANTS' STIPULATION TO BE BOUND AND STAYING PROCEEDINGS PENDING** *INTER PARTES* **REVIEW** |

On June 19, 2017, the Court conditionally granted Defendants Shenzhen Jiawei Photovoltaic Lighting Co., Ltd., and Jiawei Technology (USA), Limited's (collectively, "Jiawei") Motion to Stay Pending *Inter Partes* Review. ECF 81. The Court conditioned its decision on Jiawei's agreeing to be bound by estoppel under 35 U.S.C. § 315(e)(2) as if it were a party to the *inter partes* review ("IPR") proceedings. *Id*. at 9-10. Jiawei has now filed a stipulation so agreeing to be bound. ECF 82.

The Court APPROVES Jiawei's stipulation at ECF 82 and finds that it meets the condition set forth in the Court's order. This case is STAYED pending proceedings in IPR2017-01287, IPR2017-01280, and IPR2017-01285. The parties shall notify the Court within seven (7) days if institution is denied or if a final written decision issues in any of the above-mentioned proceedings.

**IT IS SO ORDERED.**

Dated: June 27. 2017

_____
BETH LABSON FREEMAN
United States District Judge